UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KATHLEEN BETTS,

    Plaintiff,

v.       Case No.: 3:14cv33/MCR/EMT

WENDELL HALL, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on the Magistrate Judge's Report and Recommendation dated January 26, 2015 (Doc. 40). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 40) is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims are **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

3. Plaintiff's state law claims are **DISMISSED** without prejudice to her pursuing them in state court.

4. All other pending motions are **DENIED as MOOT**.

5. The Clerk is directed to enter Judgment accordingly and close the file.

**DONE AND ORDERED** this 27th day of May, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**